UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL LEPKNOWSKI,

        Plaintiff,

v.

A. RANGEL, et al.,

        Defendants.
        _____/

No. C 15-3680 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 5.) Plaintiff's complaint describes events that occurred at the Valley State Prison in Chowchilla, California, which is located in Madera County. Defendants are also located in Madera County. Madera County is located within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: November 18, 2015.

                          ELIZABETH D. LAPORTE
                          United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Lepknowski680trn.wpd